FILED

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

2023 JUL 24  PM 1: 59

for the

Middle District of Florida

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

Ft Myers Division

Remoi Campbell )
) Case No. 16CF019024
_____ )
Plaintiff(s) ) *(to be filled in by the Clerk's Office)*
*(Write the full name of each plaintiff who is filing this complaint.* )
*If the names of all the plaintiffs cannot fit in the space above,* ) 2:23V 548-JLB-NPM
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )
) Legal Mail
-v- ) Provided to Florida State Prison on
) 7/19/23 for mailing by ☐
State of Florida )
_____ )
Defendant(s) )
*(Write the full name of each defendant who is being sued. If the* )
*names of all the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names. Do not include addresses here.)* )

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                                   Remoi Campbell

All other names by which
you have been known:

ID Number                              DC # Y62445

Current Institution                    Florida State Prison

Address                                P.O Box 800

                                       Raiford        Florida   32083
                                       *City*          *State*    *Zip Code*

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
    Name                        Linda Doggett
    Job or Title *(if known)*   Clerk of Court
    Shield Number               Criminal Division
    Employer                    20th Judicial Circuit Court
    Address                     P.O Box 2507

    Ft Myers          FL        33902
    *City*            *State*    *Zip Code*

☒ Individual capacity    ☒ Official capacity

Defendant No. 2
    Name                        Brenda D. Forman
    Job or Title *(if known)*   Clerk of Court
    Shield Number               Broward County courthouse
    Employer                    17th Judicial circuit court
    Address                     201 Southeast 6th Street

    Ft lauderdale     FL        33301
    *City*            *State*    *Zip Code*

☒ Individual capacity    ☒ Official capacity

**Defendant No. 3**

| | |
|---|---|
| Name | Amira D. Fox |
| Job or Title *(if known)* | State Attorney |
| Shield Number | 20th Judicial circuit court |
| Employer | |
| Address | P.O Box 399 |
| | Ft Myers       FL        33902 |
| | *City*        *State*        *Zip Code* |

☒ Individual capacity    ☒ Official capacity

**Defendant No. 4**

| | |
|---|---|
| Name | Carmine Marceno |
| Job or Title *(if known)* | Sheriff |
| Shield Number | Lee county sheriff's office |
| Employer | |
| Address | 14750 six mile cypress lake drive |
| | Ft Myers       FL        33912 |
| | *City*        *State*        *Zip Code* |

☒ Individual capacity    ☒ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

My individual capacity rights.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

## My official capacity rights!

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

## I plea the 5th which is my right to remain silent.

## III.     Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☒ Pretrial detainee
- ☒ Civilly committed detainee
- ☒ Immigration detainee
- ☒ Convicted and sentenced state prisoner
- ☒ Convicted and sentenced federal prisoner
- ☒ Other *(explain)*   Intrinsic and extrinsic fraud.

## IV.     Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.     If the events giving rise to your claim arose outside an institution, describe where and when they arose.

## The Fort Myers Police Department arrested me.

B.     If the events giving rise to your claim arose in an institution, describe where and when they arose.

## I am currently at the Florida state Prison

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

November 25, 2016

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I am demanding a Jury trial.

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

loss of consortium!

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am requesting a motion to compel.

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*The 4th attests to illegal search and seizure!*

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

*I am bankrupt and don't know what to do!*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☒ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

This court has Jurisdiction!

2. What did you claim in your grievance?

The Judge acts as the ultimate fact finder.

3. What was the result, if any?

I am requesting a hearing.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I now Petition this court for Habeas Corpus

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

Circumstantial evidence are inadmissable.

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

I have the right to an Attorney of law.

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I am demanding a speedy trial!

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☒ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Broward county courthouse - case #cace1515094

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit
     Plaintiff(s)   Remoi Campbell
     Defendant(s)   State of Florida

2.   Court *(if federal court, name the district; if state court, name the county and State)*
     In the circuit court of the 20th Judicial for Lee county, FL

3.   Docket or index number
     16-CF-019024

4.   Name of Judge assigned to your case
     Bruce E. Kyle

5.   Approximate date of filing lawsuit
     June 15, 2017

6.   Is the case still pending?

     ☒ Yes

     ☐ No

     If no, give the approximate date of disposition.   I got 15 years sentence

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

     I am barred from filing further Pro se pleadings.

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☒ Yes

☐ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit
     Plaintiff(s)   Remoi Campbell
     Defendant(s)   State of Florida

2.   Court *(if federal court, name the district; if state court, name the county and State)*

     Broward county courthouse

3.   Docket or index number
     Cace1515094

4.   Name of Judge assigned to your case
     Sandra Perlman

5.   Approximate date of filing lawsuit
     August 18, 2015

6.   Is the case still pending?

     ☐ Yes

     ☒ No

     If no, give the approximate date of disposition   July 13, 2016

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

     case dismissed without Prejudice.

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: July 19, 2023

Signature of Plaintiff: RCampbell

Printed Name of Plaintiff: Remoi Campbell

Prison Identification #: DC # Y62445

Prison Address: Florida State Prison, P.o Box 800
Raiford                    FL        32083
City                      State      Zip Code

### B.    For Attorneys

Date of signing: N/A

Signature of Attorney: _____

Printed Name of Attorney: _____

Bar Number: _____

Name of Law Firm: _____

Address: _____

_____    _____    _____
City                State      Zip Code

Telephone Number: _____

E-mail Address: _____